UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MCKINZIE,　　　　　　　　　　　　　　　No. C-11-80303 EMC MISC

　　　　　Petitioner,

　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER OF REFERRAL**

　　v.

DANE STEPHEN FABER,

　　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　　　/

　　　　　The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Maxine M. Chesney for consideration of whether the case is related to *U.S. Securities and Exchange Comm'n v. Faber*, 09-80018 MMC MISC.

　　　　　IT IS SO ORDERED.


Dated: December 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge