UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MCKINZIE, | No. C-11-80303 EMC MISC |
| Petitioner, | |
| v. | **ORDER OF REFERRAL** |
| DANE STEPHEN FABER, | |
| Respondent. | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Maxine M. Chesney for consideration of whether the case is related to *U.S. Securities and Exchange Comm'n v. Faber*, 09-80018 MMC MISC.

IT IS SO ORDERED.

Dated: December 28, 2011

_____
EDWARD M. CHEN
United States District Judge